**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| COUNTRY STONE HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 14-81854 (Chapter 11) |
| Debtors. | ) ) | |

**APPOINTMENT AND NOTICE OF APPOINTMENT**
**OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

The United States Trustee appoints the following to the Unsecured Creditors' Committee:

MATHEW PECKHAM, VP of Operations
BUSINESS TO BUSINESS LOGISTICS
161 S LINCOLNWAY, SUITE 304
NORTH AURORA, IL 60542
Phone:  630-246-2611
Fax:  630-246-2615
Email:  mpeckham@shipBTB.com

MICHAEL CHASE, Secretary/Corp. Counsel
CHROMASCAPE INC., d.b.a. Amerimulch
2055 ENTERPRISE PKWY
TWINSBURG, OH 44087
Phone:  330-425-4244
Fax:  330-425-4240
Email:  mikec@chromascape.com

---

[1] The Debtors and the last four digits of the Debtors' United States Tax Identification Number following in parentheses are: Country Stone Holdings, Inc. (7470), Country Stone & Soil, Inc. (0842), Country Stone and Soil of Minnesota (8538), Country Stone and Soil of Wisconsin (4446), Country Stone, Inc. (8953), Fort Wayne Landscape Supply, Inc. (9116), Green Thumb of Indiana, LLC (8377), Infinity Fertilizers, Inc. (8035), Infinity Lawn and Garden, Inc. (5005), Infinity Seed, Inc. (6096), Millburn Peat Company (7370), Quad City Express, Inc. (2687), R & D Concrete of Indiana, Inc. (5210), R & D Concrete of Wisconsin, Inc. (2237), R & D Concrete Products, Inc. (7199), Rock Island Contractors, Inc. (0041) and Wilhelm Sand & Gravel, Inc. (5212).

        KRISTY O'CARZ, Vice President
        OLYMPIC FOREST PRODUCTS
        2200 CARNEGIE AVE
        CLEVELAND, OH 44115
        Phone:   216-421-2775
        Fax:   216-421-0402
        Email:   k.ocarz@olyforest.com


        MARK FREEDMAN, Controller/VP of Finance
        POLY PAK AMERICA, INC.
        2939 E. WASHINGTON BLVD
        LOS ANGELES, CA 90023
        Phone:   323-264-2400
        Fax:   323-264-2307
        Email:   mfreedman@polypak.com


        RANDY VOGEL, President
        VOGEL SEED AND FERTILIZER, INC., d.b.a. Spring Valley
        1891 SPRING VALLEY ROAD
        JACKSON, WI 53037
        Phone:   262-677-2273
        Fax:   262-677-2961
        Email:   randyv@springvalleyusa.com


        Respectfully submitted,

        NANCY J. GARGULA
        United States Trustee

        /s/ *Sabrina M. Petesch*
        Sabrina M. Petesch
        Attorney for U.S. Trustee

Office of United States Trustee
United States Department of Justice
401 Main Street, Suite 1100
Peoria, IL 61602
(309) 671-7854 ext. 228
Sabrina.M.Petesch@usdoj.gov

**CERTIFICATE OF SERVICE**

  The Undersigned certifies that a copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served electronically upon Debtors' counsel and all parties who have entered electronic appearances in this case by CM/ECF, and a copy was also served upon the following persons, by <u>email</u> and United States First-Class Mail, postage prepaid, on November 5, 2014 at the following addresses:

    ATTN:   MATHEW PECHHAM
    BUSINESS TO BUSINESS LOGISTICS
    161 S LINCOLNWAY, SUITE 304
    NORTH AURORA, IL 60542

    ATTN:   MICHAEL G. CHASE
    CHROMASCAPE, INC.
    2055 ENTERPRISE PKWY
    TWINSBURG, OH 44087

    ATTN:   KRISTY O'CARZ
    OLYMPIC FOREST PRODUCTS
    2200 CARNEGIE AVE
    CLEVELAND, OH 44115

    ATTN:   MARK FREEDMAN
    POLY PAK AMERICA, INC.
    2939 E. WASHINGTON BLVD
    LOS ANGELES, CA 90023

    ATTN:   RANDY VOGEL
    VOGEL SEED AND FERTILIZER, INC.
    1891 SPRING VALLEY ROAD
    JACKSON, WI 53037

An email copy was also provided to the Consolidated List of 30 Largest Unsecured Creditors.

        Respectfully submitted,

        NANCY J. GARGULA
        United States Trustee

        /s/ *Sabrina M. Petesch*
        Sabrina M. Petesch
        Attorney for U.S. Trustee

Office of United States Trustee
United States Department of Justice
401 Main Street, Suite 1100
Peoria, IL 61602
(309) 671-7854 ext. 228
Sabrina.M.Petesch@usdoj.gov