B6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court

# Central District of Illinois

In re    __Country Stone Holdings, Inc.__                  Case No. __14-81854(TLP)__

                            Debtor

                                               Chapter   __11__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $0.00 | | |
| B - Personal Property | YES | 3 | $0.00 | | |
| C - Property Claimed as Exempt | NO | N/A | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $38,221,833.30 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $6,979,996.00 | |
| G - Executory Contracts Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 3 | | | |
| I - Current Income of Individual Debtor(s) | NO | N/A | | | $0.00 |
| J - Current Expenditures of Individual Debtor(s) | NO | N/A | | | $0.00 |
| **TOTAL** | | 16 | $0.00 | $45,201,829.30 | |

B 6A (Official Form 6A)(12/07)

In re___Country Stone Holdings, Inc.___                                 Case No.___14-81854(TLP)___
                    **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY PROPERTY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total -> | $0.00 |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B)(12/07)

| In re | Country Stone Holdings, Inc. | | | Case No. | 14-81854(TLP) | |
|---|---|---|---|---|---|---|
| | **Debtor** | | | | **(If known)** | |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property. "If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY PROPERTY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

B 6B (Official Form 6B)(12/07)

In re    Country Stone Holdings, Inc.                                    Case No.    14-81854(TLP)
            **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY PROPERTY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% of the equity interests of Country Stone & Soil, Inc. | | $.00 |
| | | 100% of the equity interests of Country Stone & Soil of Minnesota, Inc. | | $.00 |
| | | 100% of the equity interests of Country Stone & Soil of Wisconsin, Inc. | | $.00 |
| | | 100% of the equity interests of Country Stone, Inc. | | $.00 |
| | | 100% of the equity interests of Infinity Fertilizers, Inc. | | $.00 |
| | | 100% of the equity interests of Infinity Lawn & Garden, Inc. | | $.00 |
| | | 100% of the equity interests of Infinity Seed, Inc. | | $.00 |
| | | 100% of the equity interests of Quad City Express, Inc. | | $.00 |
| | | 100% of the equity interests of R&D Concrete Products of Indiana, Inc. | | $.00 |
| | | 100% of the equity interests of R&D Concrete of Wisconsin, Inc. | | $.00 |
| | | 100% of the equity interests of R&D Concrete Products, Inc. | | $.00 |
| | | 100% of the equity interests of Rock Island Contractors, Inc. | | $.00 |
| | | 100% of the equity interests of Wilhelm Sand & Gravel, Inc. | | $.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real  Property. | X | | | |

B 6B (Official Form 6B)(12/07)

In re    **Country Stone Holdings, Inc.**                                                        Case No.    **14-81854(TLP)**
_____                                          _____
**Debtor**                                                                                               **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY PROPERTY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_0_  continuation sheets attached          Total ->                          $0.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B 6D (Official Form 6D)(12/07)

In re    **Country Stone Holdings, Inc.**                                                      Case No.    **14-81854(TLP)**
_____                                              _____
                    Debtor                                                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H — Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**  64812<br><br>First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL 60631 | X | | Equipment Term Note<br><br><br>Value:  Undetermined | | | | $5,215,933.59 | Undetermined |
| **ACCOUNT NO.**  69438<br><br>First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL 60631 | X | | Line of Credit<br><br><br>Value:  Undetermined | | | | $18,500,000.00 | Undetermined |
| **ACCOUNT NO.**  69439<br><br>First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL 60631 | X | | Line of Credit<br><br><br>Value:  Undetermined | | | | $11,553,930.50 | Undetermined |
| | | | Subtotal -> | | | | $35,269,864.09 | $0.00 |

B 6D (Official Form 6D)(12/07)

In re    **Country Stone Holdings, Inc.**                                   Case No.   **14-81854(TLP)**
                    **Debtor**                                                                              **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   64811<br><br>First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL 60631 | X | | Equipment Term Loan<br><br><br>Value:  Undetermined | | | | $1,966,770.43 | Undetermined |
| ACCOUNT NO.   68087<br><br>First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL 60631 | X | | Euipment Line of Credit<br><br><br>Value:  Undetermined | | | | $985,198.78 | Undetermined |
| ACCOUNT NO. | | | <br><br>Value: | | | | | |
| ACCOUNT NO. | | | <br><br>Value: | | | | | |
| ACCOUNT NO. | | | <br><br>Value: | | | | | |
| ACCOUNT NO. | | | <br><br>Value: | | | | | |
| | | | Subtotal -> | | | | $2,951,969.21 | $0.00 |
| | | | Grand Total -> | | | | $38,221,833.30 | $0.00 |

B 6E (Official Form 6E)(4/13)

In re    **Country Stone Holdings, Inc.**                                                           Case No.   **14-81854(TLP)**
                    **Debtor**                                                                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

B 6E (Official Form 6E)(4/13)

**In re**    Country Stone Holdings, Inc.                                         **Case No.**   14-81854(TLP)
                        **Debtor**                                                                      **(If known)**


☐  **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).


☐  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).


☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2016, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

2  continuation sheets attached

B 6E (Official Form 6E)(4/13)

In re   **Country Stone Holdings, Inc.**                                    Case No.   **14-81854(TLP)**
                **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Wages, salaries, and commissions

(Continuation Sheet)

Wages, salaries, and commissions

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   Stay Bonus Agreement<br>Aubrey (Trey) George III<br>16600 Rt 67<br>Milan, IL 61264 | | X | WAGES, SALARIES, AND COMMISSIONS<br><br>Date: 09/09/2014 | | X | | Undetermined | Undetermined | Undetermined |
| ACCOUNT NO.   Stay Bonus Agreement<br>Jane Kenney<br>1731 Jenna Drive<br>Davenport, IA 52804 | | X | WAGES, SALARIES, AND COMMISSIONS<br><br>Date: 09/04/2014 | | X | | Undetermined | Undetermined | Undetermined |
| ACCOUNT NO.   Stay Bonus Agreement<br>Mark West<br>8002 31st St. West<br>Rock Island, IL 61201 | | X | WAGES, SALARIES, AND COMMISSIONS<br><br>Date: 09/04/2014 | | X | | Undetermined | Undetermined | Undetermined |
| ACCOUNT NO.   Stay Bonus Agreement<br>Megan Maynard<br>11517 1st. Street E.<br>Milan, IL 61264 | | X | WAGES, SALARIES, AND COMMISSIONS<br><br>Date: 09/09/2014 | | X | | Undetermined | Undetermined | Undetermined |
| ACCOUNT NO.   Stay Bonus Agreement<br>Rick Burkamper<br>1522 25th Street<br>Bettendorf, IA 52722 | | X | WAGES, SALARIES, AND COMMISSIONS<br><br>Date: 09/09/2014 | | X | | Undetermined | Undetermined | Undetermined |
| | | | Subtotal -><br>(Totals of this page) | | | | | $0.00 | $0.00 |

B 6E (Official Form 6E)(4/13)

In re    **Country Stone Holdings, Inc.**                                                              Case No.    **14-81854(TLP)**
                        **Debtor**                                                                                                  **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Wages, salaries, and commissions
(Continuation Sheet)

Wages, salaries, and commissions

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**   Stay Bonus Agreement<br><br>Steve West<br>175 Savannah Crossing Drive<br>Mooresville, NC 28115 | X | | WAGES, SALARIES, AND COMMISSIONS<br><br>Date: 09/04/2014 | | X | | Undetermined | Undetermined | Undetermined |
| | | | | | | Subtotal -><br>(Totals of this page) | $0.00 | $0.00 |
| _0_  continuation sheets<br>attached | | | Total -><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $0.00 | | |
| | | | Total -><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $0.00 | $0.00 |

B 6F (Official Form 6F)(12/07)

| In re | Country Stone Holdings, Inc. | Case No. | 14-81854(TLP) |
|---|---|---|---|
| | **Debtor** | | **(If known)** |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**   Shareholder Note<br>Duncan J. Cameron<br>The Laurentians<br>1285 Gulfshore Blvd North<br>Naples, FL 34102-4963 | | | ACCOUNTS PAYABLE | | | | $800,000.00 |
| **ACCOUNT NO.**   Shareholder Note<br>Mary Carol Becker Living Trust Dated<br>1/6/2012<br>PO Box 68<br>Wesley, IA 50483 | | | ACCOUNTS PAYABLE | | | | $200,000.00 |
| **ACCOUNT NO.**   Shareholder Note<br>Robert M. Becker Living Trust Dated 1/6/12<br>PO Box 68<br>Wesley, IA 50483 | | | ACCOUNTS PAYABLE | | | | $200,000.00 |
| **ACCOUNT NO.**   Shareholder Note<br>Ronald D. Bjustrom<br>6814 106th Avenue<br>Milan, IL 61264 | | | ACCOUNTS PAYABLE | | | | $5,379,996.00 |
| | | | Subtotal -> | | | | $6,579,996.00 |

1  continuation sheets attached

B 6F (Official Form 6F)(12/07)

In re    **Country Stone Holdings, Inc.**                                  Case No.    **14-81854(TLP)**
            **Debtor**                                                                        **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    Shareholder Note<br><br>Scott D. Rubins<br>4853 White Post Road<br>Bettendorf, IA 52722 | | | ACCOUNTS PAYABLE | | | | $400,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | Subtotal -> | | | | $400,000.00 |
| | | | Total -> | | | | $6,979,996.00 |

B 6G (Official Form 6G)(12/07)

In re   __Country Stone Holdings, Inc.__                                    Case No.__14-81854(TLP)__
               **Debtor**                                                                **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WEATHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H)(12/07)

In re      **Country Stone Holdings, Inc.**                                                    Case No.   **14-81854(TLP)**
                          **Debtor**                                                                                                      **(If known)**

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| First Midwest Bank<br>8501 Higgins Road<br>Suite 230<br>Chicago, IL  60631 | Aubrey (Trey) George III<br>16600 Rt 67<br>Milan, IL 61264 |
| Country Stone And Soil Of Minnesota, Inc.<br>801 Cliff Road<br>Burnsville, MN  55337 | First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL  60631 |
| Country Stone And Soil Of Wisconsin, Inc.<br>1970 Spindt Drive<br>Waupaca, WI  54981 | First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL  60631 |
| Country Stone, Inc.<br>8002 31st St. West<br>Rock Island, IL  61201 | First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL  60631 |
| Fort Wayne Landscape Supply, Inc.<br>1314 West Cook Road<br>Fort Wayne, IN  46825 | First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL  60631 |
| Green Thumb Of Indiana, LLC<br>15025 Hilger Road<br>Avilla, IN  46710 | First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL  60631 |
| Infinity Fertilizers, Inc.<br>8002 31st St. West<br>Rock Island, IL  61201 | First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL  60631 |
| Infinity Lawn And Garden, Inc.<br>28219 S State Road TT<br>Harrisonville, MO  64701 | First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL  60631 |
| Infinity Seed, Inc.<br>8002 31st St. West<br>Rock Island, IL  61201 | First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL  60631 |

B 6H (Official Form 6H)(12/07)

In re    Country Stone Holdings, Inc.                              Case No.    14-81854(TLP)
                    **Debtor**                                                    **(If known)**

                                        (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Millburn Peat Company, Inc.<br>Joliet Rd.<br>La Porte, IN  46350 | First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL  60631 |
| Quad City Express, Inc.<br>8002 31st St. West<br>Rock Island, IL  61201 | First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL  60631 |
| R & D Concrete Products Of Indiana, Inc.<br>2397 County Road 27<br>Waterloo, IN  46793 | First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL  60631 |
| R & D Concrete of Wisconsin, Inc.<br>PO Box 1160<br>Milan, IL  61264 | First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL  60631 |
| R & D Concrete Products, Inc.<br>8002 31st St. West<br>Rock Island, IL  61201 | First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL  60631 |
| Rock Island Contractors, Inc.<br>8002 31st St. West<br>Rock Island, IL  61201 | First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL  60631 |
| Wilhelm Sand & Gravel, Inc.<br>2280 County Road 27<br>Waterloo, IN  46793 | First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL  60631 |
| Country Stone & Soil, Inc.<br>55560 195th St.<br>Pacific Junction, IA  51561 | First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL  60631 |
| President Ronald D. Bjsutrom<br>6814 106th Ave<br>Milan, IL  61264 | First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL  60631 |
| Country Stone and Soil of Indiana, Inc<br>PO Box 1160<br>Milan, IL  61264 | First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL  60631 |
| Country Stone and Soil of Indiana, Inc<br>PO Box 1160<br>Milan, IL  61264 | First Midwest Bank<br>8501 W Higgins Road, Suite 230<br>Chicago, IL  60631 |
| First Midwest Bank<br>8501 Higgins Road<br>Suite 230<br>Chicago, IL  60631 | Jane Kenney<br>1731 Jenna Drive<br>Davenport, IA  52804 |

B 6H (Official Form 6H)(12/07)

In re    **Country Stone Holdings, Inc.**                        Case No.   **14-81854(TLP)**
                        **Debtor**                                                        **(If known)**

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| First Midwest Bank<br>8501 Higgins Road<br>Suite 230<br>Chicago, IL  60631 | Mark West<br>8002 31st St. West<br>Rock Island, IL  61201 |
| First Midwest Bank<br>8501 Higgins Road<br>Suite 230<br>Chicago, IL  60631 | Megan Maynard<br>11517 1st. Street E.<br>Milan, IL  61264 |
| First Midwest Bank<br>8501 Higgins Road<br>Suite 230<br>Chicago, IL  60631 | Rick Burkamper<br>1522 25th Street<br>Bettendorf, IA  52722 |
| First Midwest Bank<br>8501 Higgins Road<br>Suite 230<br>Chicago, IL  60631 | Steve West<br>175 Savannah Crossing Drive<br>Mooresville, NC  28115 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re   **Country Stone Holdings, Inc.**                            Case No.   **14-81854(TLP)**
                    **Debtor**                                                          **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Steven A. Nerger, the Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 18 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:   11/17/2014                                Signature:   /s/ Steven A. Nerger
                                                                **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C.§§ 152 and 3571