

**U.S. Department of Justice**
Office of the United States Trustee, *Region 10*
Central & Southern Districts of Illinois
Northern & Southern Districts of Indiana

401 Main Street, Suite 1100          Phone: 309/671-7854
Peoria, Illinois 61602                Fax:   309/671-7857

**Monthly Report for Non-Small Business Debtors and Chapter 11 Trustees**

**Debtor Name:** Old CSH, Inc. f/k/a Country Stone Holdings, Inc.    **From the Month ended:** June 30, 2020

**Case Number:** 14-81854    **Date Bankruptcy filed:** 10/23/2014

This report is to be completed in its entirety and is to be sent to the Office of the United States Trustee. The Operating Report Summary, located on page 31 of 32, is to be completed and electronically filed by the debtor's attorney with the Bankruptcy Court. If any portion of this report is not completed, please provide an explanation as to the reason for the incomplete portion.

| Portion of the report: | Reason not completed or provided: |
|---|---|
| Monthly Income Statement | Excused by UST |
| Monthly Cash Flow | |
| Operating Report Summary | Excused by UST |
| Bank Statements | Excused by UST |

The undersigned certifies under penalty of perjury that the information contained in this and accompanying report is complete, true and correct to the best of my knowledge, information, and belief.

Signature of Debtor or Debtor's Representative:    /ss/ Richard Newman

Title of Representative if applicable:    Liquidating Trustee of CSH Liquidating Trust

Date: July 30, 2020    Trustee's phone number: 469-231-6780

Name of Preparer: Richard Newman, Liquidating Trustee of CSH Liquidating Trust

**OFFICE OF THE U.S. TRUSTEE - REGION 10**
**MONTHLY CASH FLOW for the month ended 06/30/2020**

**Debtor Name: <u>Old CSH, Inc. f/k/a Country Stone Holdings, Inc.</u>**     **Case Number: <u>14-81854</u>**

**Cash Receipts**

| | |
|---|---:|
| from cash sales/receipts | - |
| from collection of pre-petition accounts receivable | - |
| from collection of post petition accounts receivable | - |
| from loans (attached itemized list) | - |
| from contributions to capital or from gifts | - |
| other receipts (attached itemized schedule) | - |
| TOTAL RECEIPTS (do not include beginning bank balance) | - |

**Cash Disbursements**

| | |
|---|---:|
| inventory purchases | - |
| net payments to officers/owners (actual cash paid) | - |
| net payments to other employees (actual cash paid0 | $0.00 |
| rent payments | - |
| lease payments | - |
| mortgage or note payments | - |
| adequate protection payments | - |
| insurance | - |
| utilities/telephone | - |
| tax payments | - |
| advertising & marketing | - |
| supplies | - |
| outside labor | - |
| travel/entertainment | - |
| payments to attorneys (attached copy of court order) | $0.00 |
| payments to accountants (attached copy of court order) | - |
| payments to other professionals (attached copy of court order) | $0.00 |
| payments to U.S. Quarterly Fee | $0.00 |
| other expenses (attach itemized schedule) | $0.00 |
| debtor disbursement to Liquidating Trust | $0.00 |
| anticipated proceeds from avoidance actions | $0.00 |
| TOTAL DISBURSEMENTS | $0.00 |

NET CASH FLOW (Total Receipts minus Total Disbursements)     $0.00

Bank Balance and cash on hand at the end of the month     $0.00